## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| ERIN OSBORN,        ) | |
| )  | |
| Plaintiff,        ) | |
| ) | |
| v.        ) | Case No. 1:24-cv-01228 |
| ) | Hon. Jonathan E. Hawley |
| THE CARLE FOUNDATION d/b/a CARLE HEALTH,        ) | |
| ) | |
| Defendant.        ) | |

### NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that pursuant to the applicable Rules of Civil Procedure, Defendant, THE CARLE FOUNDATION d/b/a CARLE HEALTH, by and through their attorneys, HEYL, ROYSTER, VOELKER & ALLEN, P.C., will take the oral deposition of Plaintiff, <u>ERIN OSBORN</u> on **February 20, 2025, beginning at 10:00 a.m. CST**. The deposition will take place in person at Defendant's counsel's Champaign office located at <u>**301 N. Neil Street, Suite 505, Champaign, Illinois, 61820.**</u> The deposition will be recorded stenographically by a court reporter licensed to administer oaths. The deposition transcript may be used as evidence at an evidentiary hearing or at trial.

THE CARLE FOUNDATION d/b/a CARLE
HEALTH, Defendant

BY:     /s/ Kristina L. Bitzer
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
Christopher J. Drinkwine/ARDC #6236992
Kristina L. Bitzer #6343055

## CERTIFICATE OF SERVICE

      I hereby certify that on January 17, 2025, I electronically filed the foregoing **NOTICE OF DEPOSITION** with the Clerk of the Court using the CM/ECF system and the CM/ECF system sent notification of such filing to all attorneys of record listed below:

| **ATTORNEYS FOR PLAINTIFF:** | **COURT REPORTER:** |
|---|---|
| Nathan C. Volheim | Area Wide Reporting |
| Sophia K. Steere | 301 West White Street |
| SULAIMAN LAW GROUP, LTD. | Champaign, IL 61820 |
| 2500 S. Highland Avenue, Suite 200 | (217) 356-5119 |
| Lombard, IL 60148 | ***Via Email:*** teri@areawide.net |
| (630) 568-3056 | |
| nvolheim@sulaimanlaw.com | |
| ssteere@sulaimanlaw.com | |

                                                      /s/ Leah G. Rahim
                                                      lrahim@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
120 West State Street, 2nd Floor
Rockford, Illinois 61101
Telephone 815.963.4454
rckecf@heylroyster.com (Primary)
cdrinkwine@heylroyster.com (Secondary #1)
kbitzer@heylroyster.com (Secondary #2)

CJD/lgr / 4505-134

45326588.1